# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BLITZSAFE TEXAS, LLC**, *Plaintiff*, v. **MAZDA MOTOR CORPORATION ET AL.**, *Defendants*. | Case No. 2:17-cv-00423-JRG |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICAN OPERATIONS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF BLITZSAFE TEXAS LLC'S AMENDED COMPLAINT

Before the Court is the Defendant's Unopposed Motion to Extend Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations' Deadline to Answer or Otherwise Respond to Plaintiff Blitzsafe Texas LLC's Amended Complaint (Dkt. No. 37). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Mazda Motor of America, Inc. d/b/a Mazda North American Operations to answer, move, or otherwise response to Plaintiff's Complaint is extended up to and including November 3, 2017. No further extensions of time on this matter will be granted.

**So ORDERED and SIGNED this 18th day of October, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE