# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BLITZSAFE TEXAS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **MAZDA MOTOR CORPORATION ET AL,** <br><br> Defendants. | Case No. 2:17-cv-00423-JRG |

### ORDER GRANTING DEFENDANT MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO DISMISS OR TRANSFER PLAINTIFF'S FIRST AMENDED COMPLAINT FOR IMPROPER VENUE; OR IN THE ALTERNATIVE, TO TRANSFER FOR CONVENIENCE

Before the Court is Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations' Unopposed Motion for Leave to File under Seal its Motion to Dismiss or Transfer Plaintiff's First Amended Complaint for Improper Venue, or in the Alternative, to Transfer for Convenience to the Central District of California (Dkt. No. 39). Having considered the Motion, the Court is of the opinion that the Motion should be granted.

Accordingly, it is **ORDERED** that the above-referenced Motion is hereby **GRANTED**; however, except as otherwise provided by Local Rule CR-49, the Defendant is **ORDERED** to file a version of such sealed documents, including exhibits and declarations, if applicable, with the confidential information redacted within 5 days to facilitate the public's right of access to the proceedings of this

Court. If the entire document is confidential information, Defendant should file a notice stating so and demonstrating the justification for not supplying the otherwise required redaction. For purposes of this Order, "confidential information" is information that the filing party contends is confidential or proprietary in a pending motion to file under seal; information that has been designated as confidential or proprietary under a protective order or non-disclosure agreement; or information otherwise entitled to protection from disclosure under a statute, rule order, or other legal authority.

Additionally, in light of Plaintiff's Amended Complaint (Dkt. No. 30), Defendant's prior Motion to Dismiss or Transfer Venue (Dkt. No. 20) is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 24th day of October, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE